# Court of Appeals
## Tenth Appellate District of Texas

10-26-00225-CR

In re Michael Parker

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator filed an original proceeding in this Court as an application for a writ of habeas corpus seeking his release from what he contends is his illegal confinement in Ellis County. Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In the application, Parker does not allege that he has filed a petition for a writ of habeas corpus in any trial court from which he is attempting to appeal. Because he is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

This proceeding is dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 52.8(a).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 18, 2026

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
Do not publish
OT06

